# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CV-029-FDW-DCK

| | |
|---|---|
| SAL KAFITI, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| AKTIEBOLAGET ELECTROLUX, ET. AL, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Tamara Huckert, concerning Mark Humenik, on January 26, 2021. Mark Humenik seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Mark Humenik is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 26, 2021

David C. Keesler
United States Magistrate Judge