IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-029-FDW-DCK

| | |
|---|---|
| SAL KAFITI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AKTIEBOLAGET ELECTROLUX, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) filed by Mason Gardner Alexander, concerning Phillips L. McWilliams, on February 5, 2021. Phillips L. McWilliams seeks to appear as counsel *pro hac vice* for Defendants Electrolux North America, Inc., Electrolux Home Products, Inc., A. Nolan Pike, and Mike Guttas. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) is **GRANTED**. Phillips L. McWilliams is hereby admitted *pro hac vice* to represent Defendants.

Signed: February 5, 2021

David C. Keesler
United States Magistrate Judge