# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-029-FDW-DCK

| | |
|---|---|
| SAL KAFITI, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| AKTIEBOLAGET ELECTROLUX, ET AL., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 38) filed by Mason Gardner Alexander, concerning Brent A. Cossrow, on March 30, 2021. Brent A. Cossrow seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 38) is **GRANTED**. Brent A. Cossrow is hereby admitted *pro hac vice* to represent Defendants Electrolux North America, Inc., Electrolux Home Products, Inc., A. Nolan Pike, and Mike Guttas.

Signed: March 30, 2021

David C. Keesler
United States Magistrate Judge