UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00029-FDW-DCK

| | |
|---|---|
| SAL KAFITI,<br><br>    Plaintiff,<br>  v.<br><br><br>AKTIEBOLAGET ELECTROLUX, also known as AB ELECTROLUX; MIKAEL ÖSTMAN; ELECTROLUX NORTH AMERICA, INC.; ELECTROLUX HOME PRODUCTS, INC., A NOLAN PIKE; MIKE GUTTAS; ESQ RECRUITING, LLC; VANESSA VIDAL; XYZ Corporations 1-5; and John/Jane Does 1-5<br><br>    Defendants. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sal Kafiti and Defendants Aktiebolaget Electrolux, Mikael Östman, Electrolux North America, Inc., Electrolux Home Products, Inc., A. Nolan Pike, Mike Guttas, ESQ Recruiting, LLC, and Vanessa Vidal, through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, with each party bearing his, her or its own fees and costs. This will conclude this case.

Respectfully submitted, this 26th day of July 2021.

                                                */s/ Daniel M. Connell*
                                              Shannon J. Polk (OH 0072891)
                                              Andrew A. Kabat (OH 0063720)
                                              Mark F. Humenik (OH 065636, CA 231917)
                                              Daniel M. Connell (OH Reg. 0078418)
                                              Polk Kabat, LLP
                                              1300 W. 78th Street, Suite 305
                                              Cleveland, OH 44102
                                              (216) 241-0700
                                              Fax: (216) 241-0739
                                              spolk@polkkabat.com

akabat@polkkabat.com
mhumenik@polkkabat.com
dconnell@polkkabat.com

*/s/ Chris Strianese*
Chris Strianese (NC Bar No. 49618)
Tamara Huckert (NC Bar No. 35348)
Strianese Huckert, LLP
3501 Monroe Rd.
Charlotte, NC 28205
(704) 966-2101
chris@strilaw.com
tamara@strilaw.com

*Attorneys for Plaintiff*
*Sal Kafiti*


*/s/ Stephen C. Mitchell*
Stephen C. Mitchell
smitchell@fisherphillips.com
C. Frederick W. Manning, II
fmanning@fisherphillips.com
Philips L. McWilliams
pmcwilliams@fisherphillips.com
Fisher & Phillips LLP
PO Box 11612
Columbia, SC 29211

Mason G. Alexander
malexander@fisherphillips.com
Fisher & Phillips, LLP
227 West Trade Street, Suite 2020
Charlotte, NC 28202

*Attorneys for Defendants*
*Electrolux North America, Inc.,*
*Electrolux Home Products, Inc.,*
*A. Nolan Pike, and Mike Guttas*

*/s/ Dorothy M. Gooding*
William C. Robinson
srobinson@reslawfirm.com
Dorothy M. Gooding
dgooding@reslawfirm.com
Robinson Elliott & Smith
P.O. Box 36098

2

Charlotte, NC 28236

*Attorneys for Defendants*
*Aktiebolaget Electrolux and Mikael*
*Östman*


*/s/ Bryan G. Adams*
Bryan G. Adams
Bryan.adams@vraplaw.com
Van Hoy Reutlinger Adams & Pierce, PLLC
737 East Blvd.
Charlotte, NC 28203

*Attorney for Defendants*
*ESQ Recruiting, LLC and Vanessa Vidal*

3

Case 3:21-cv-00029-FDW-DCK   Document 51   Filed 07/26/21   Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Joint Stipulation of Dismissal With Prejudice* with the Clerk of Court using the CM/ECF system which will send electronic notification to counsel for the Defendants as follows:

| | |
|---|---|
| Stephen C. Mitchell<br>smitchell@fisherphillips.com<br>C. Frederick W. Manning, II<br>fmanning@fisherphillips.com<br>Philips L. McWilliams<br>pmcwilliams@fisherphillips.com<br>Fisher & Phillips LLP<br>PO Box 11612<br>Columbia, SC 29211 | *Attorneys for Defendants Electrolux North America, Inc., Electrolux Home Products, Inc., A. Nolan Pike, and Mike Guttas* |
| Mason G. Alexander<br>malexander@fisherphillips.com<br>Fisher & Phillips, LLP<br>227 West Trade Street, Suite 2020<br>Charlotte, NC 28202 | |
| William C. Robinson<br>srobinson@reslawfirm.com<br>Dorothy M. Gooding<br>dgooding@reslawfirm.com<br>Robinson Elliott & Smith<br>P.O. Box 36098<br>Charlotte, NC 28236 | *Attorneys for Defendants Aktiebolaget Electrolux and Mikael Ostman* |
| Bryan G. Adams<br>Bryan.adams@vraplaw.com<br>Van Hoy Reutlinger Adams & Pierce, PLLC<br>737 East Blvd.<br>Charlotte, NC 28203 | *Attorney for Defendants ESQ Recruiting and Vanessa Vidal* |

This 26th day of July, 2021

                                                      */s/ Daniel M. Connell*
                                                      Daniel M. Connell (OH Reg. 0078418)